UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HITACHI CAPITAL AMERICA CORP.,

               Plaintiff,

-against-

ECAPITAL CORP.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2022_

21 Civ. 2426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' revised sealings motions and related exhibits. ECF Nos. 82 & 83. The Court finds that the requests to redact are "narrowly tailored." *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Accordingly, the motions are GRANTED. By **August 11, 2022**, the parties shall file the redacted version of Plaintiff's Exhibit 15, and Defendant's Exhibits D and H.

    Additionally, under the Court's Individual Practices in Civil Cases, "[w]hen a party seeks leave to file sealed or redacted materials on the ground that an opposing party or third party has requested it, that party shall notify the opposing party or third party that it must file, within three days, a letter explaining the need to seal or redact the materials." Rule IV.A.ii. Plaintiff, in its motion, noted that some of the exhibits currently under seal belong to Defendant and non-party Woodforest National Bank. ECF No. 83. Defendants note that some of its exhibits belong to Plaintiff. ECF No. 82. Accordingly, by **August 11, 2022**, parties shall file letters confirming their compliance with Rule IV.A.ii and the date of the notification. Plaintiff shall further confirm that it notified Woodforest National Bank of its intent to only request redactions to Exhibit 15.

    On August 17, 2022, the Court shall order the Clerk of Court to unseal ECF Nos. 59, 59-1, 59-3 through 59-5, 59-9 through 59-12, 71, 71-1 through 71-15, 71-17 through 71-18, 73, 73-1 through 73-15, and 73-17 through 73-68, unless it receives a letter from the relevant opposing party or Woodforest National Bank.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 70, 72, 82, and 83.

    SO ORDERED.

Dated: August 10, 2022
       New York, New York

ANALISA TORRES
United States District Judge