UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HITACHI CAPITAL AMERICA CORP.,

                Plaintiff,

    -against-

ECAPITAL CORP.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/18/2022__

21 Civ. 2426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to unseal ECF Nos. 59, 59-1, 59-3 through 59-5, 59-9 through 59-12, 71, 71-1 through 71-15, 71-17 through 71-18, 73, 73-1 through 73-15, 73-17 through 73-45, and 73-47 through 73-68.

    SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                            ANALISA TORRES
                                    United States District Judge